

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ATRIUM ALLIANCE LLC and REI PROPERTIES LLC, | § | No. 08-25-00084-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Criminal Court No. 1 |
| v. | | |
| | § | of El Paso County, Texas |
| 10921 PELLICANO LLC a.k.a. SEVERO HUGHSTON LLC, | § | (TC# 2025-CCV00132) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 3rd day of April 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.